UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-1459-JGB (SPx) | Date | August 19, 2015 |
|---|---|---|---|
| Title | Chris Langer v. Adriatic Vacation Club, Inc., et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Motion Should Not Be Denied as Untimely

On August 14, 2015, plaintiff filed a Motion to Compel. The motion was not filed in the form of a joint stipulation are normally required by Local Rule 37-2; however, it was accompanied by a declaration stating defense counsel had failed to meet and confer when requested, thus permitting plaintiff to file a motion without a joint stipulation, with Local Rules 6-1, 7-9, and 7-10 governing. *See* L.R. 37-2.4.

Under Local Rule 6-1, the notice of motion must be filed not later than 28 days before the hearing date. Here, the motion was filed on August 14 and thus could be noticed for hearing not earlier than September 11 – or, given that this magistrate judges hears motions on Tuesdays, September 15, 2015. Thus, the noticed hearing date of September 8, 2015 was improper.

Were this the only issue, the court would simply move the hearing date to September 15. But under the Scheduling Order in this case, the last date for discovery motions to be heard is September 7, 2015. Thus, even as noticed for September 8, the motion is untimely.

Accordingly, plaintiff is hereby ordered to show cause, on or before August 25, 2015, why the Motion to Compel should not be denied as untimely. If plaintiff withdraws the motion on or before August 25, 2015, the order to show cause will be discharged.