# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Chris Langer,<br><br>      Plaintiff,<br><br> v.<br><br>Adriatic Vacation Club, Inc.,<br><br>      Defendant. | Case No. EDCV 14-1459 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 Pursuant to the Order filed herewith, the Court hereby enters Judgment in favor of Plaintiff CHRIS LANGER for his claim against Defendant ADRIATIC VACATION CLUB, INC. for violation of California's Unruh Civil Rights Act.  Plaintiff is entitled to recover from Defendant $4,000 in statutory damages.

 Plaintiff's claim for discrimination pursuant to the Americans with Disabilities Act of 1990 is MOOT.

1    At the hearing on Plaintiff's motion on October 19,
2 2015, Plaintiff voluntarily dismissed his remaining two
3 claims for negligence and violation of the California
4 Disabled Persons Act.
5
6    Accordingly, Plaintiff's Complaint is DISMISSED.
7 The Clerk is directed to close the case.
8
9    IT IS SO ORDERED.
10
11 Dated: October 21, 2015
12                              THE HONORABLE JESUS G. BERNAL
                               United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2